IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-00449-ZLW-PAC

LUIS BELTRAN,

    Plaintiff(s),

v.

KEVIN CRUTCHER,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Uncontested Motion for Leave to Take the Deposition of a Person Confined in Prison dated September 27, 2005 (doc. 50) is GRANTED.

    Defendant's counsel is advised that proposed orders should be submitted as WordPerfect or Word email attachments, because .txt formatting is not compatible with the Court's software.

Dated:  September 30, 2005