IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-Z-0449 (PAC)

LUIS BELTRAN,

    Plaintiff,

v.

KEVIN CRUTCHER,

    Defendant.

_____

ORDER AND JUDGMENT OF DISMISSAL
_____

Plaintiff Luis Beltran filed this Civil Rights Complaint Pursuant To 42 U.S.C. § 1983 on March 11, 2004, against Defendants Joe Ortiz, Doug Diedrich, Dennis McKibben, and Kevin Crutcher.  On May 14, 2004, the Court entered an Order To Dismiss In Part . . . , dismissing Defendants Joe Ortiz and Doug Diedrich for lack of personal participation.  The Complaint and cause of action proceeded as to Defendants Dennis McKibben and Kevin Crutcher.  On January 14, 2005, the Court accepted and adopted the Magistrate Judge Patrica A. Coan's Recommendation, entering an Order Dismissing Certain Claims, dismissing Defendant Dennis McKibben and proceeding only as to Plaintiff's Eighth Amendment claim against Defendant Kevin Crutcher in his individual capacity.

Pursuant to D.C.COLO.LCivR 72.1, this matter was referred back to Magistrate Judge Coan for further proceedings to conduct pretrial proceedings and to issue recommendation on disposition motion. On May 2, 2006, she filed a Recommendation Of United States Magistrate Judge, recommending that Defendant's Motion For Summary Judgment filed December 9, 2005, be granted, and that this case be dismissed with prejudice. Plaintiff has filed no objections.

The Court, after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts her findings and Recommendation. Therefore, it is

ORDERED that Defendant's Motion For Summary Judgment, filed December 9, 2005, is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice. It is

FURTHER ORDERED that the trial to Court for two days set to commence on Monday, September 18, 2006, at 10:30 a.m. is vacated.

DATED at Denver, Colorado, this __7__ day of June, 2006.

BY THE COURT:

_____
 ZITA L. WEINSHIENK, Senior Judge
 United States District Court